Argued and submitted March 9, reversed and remanded for reconsideration
October 20, 1993

In the Matter of the Compensation of
James F. Shissler, Claimant.

Gordon JONES
and Liberty Northwest Insurance Corporation,
*Petitioners,*

*v.*

James F. SHISSLER,
*Respondent.*

(WCB 91-08517; CA A76659)

861 P2d 403

James D. McVittie argued the cause and filed the brief for petitioners.

Darrell Bewley argued the cause for respondent. With him on the brief was Vick & Gutzler.

Before Warren, Presiding Judge, and Edmonds and Landau, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Jefferson v. Sam's Cafe*, 123 Or App 464, 861 P2d 359 (1993).